# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 15 |
| MEGA BRANDS INC., *et al.*,[1] | ) Case No. 10-10485 (CSS) |
| Debtors in a Foreign Proceeding. | ) (Joint Administration Requested) |

**NOTICE OF AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR FEBRUARY 23, 2010 AT 11:00 A.M. BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801**

**ANY PARTY WHO WISHES TO ATTEND TELEPHONICALLY IS REQUIRED TO MAKE ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR BY FACSIMILE (866-533-2946), NO LATER THAN 12:00 P.M. ONE BUSINESS DAY PRIOR TO THE HEARING.**

**This agenda sets forth items in the order they appear in the first day motions binders delivered to the Court. The status of each is set forth below.**

1. Voluntary Petitions

    a. Mega Brands Inc.
    b. 4402596 Canada Inc.
    c. 4402804 Canada Inc.
    d. MB Finance LLC
    e. MB US Inc.
    f. MB2 LP
    g. Mega Bloks Financial Services, Inc.
    h. Mega Brands America, Inc.
    i. Rose Moon, Inc.
    k. Warren Industries, Inc.

---

[1] The Chapter 15 Debtors, along with the last four digits of each U.S. Debtor's federal tax identification number, are: Mega Brands Inc. (a non-U.S. Debtor that does not maintain a U.S. federal tax identification number); 4402596 Canada Inc. (a non-U.S. Debtor that does not maintain a U.S. federal tax identification number); 4402804 Canada Inc. (a non-U.S. Debtor that does not maintain a U.S. federal tax identification number); MB Finance LLC (7565); MB US Inc. (7561); MB2 LP (7567); Mega Bloks Financial Services, Inc. (a non-U.S. Debtor that does not maintain a U.S. federal tax identification number); Mega Brands America, Inc. (2083); Rose Moon, Inc. (1445); and Warren Industries, Inc. (4985). The location of the Debtors' corporate headquarters and the service address for all of the Debtors is: 4505 Hickmore, St-Laurent, Québec, H4T 1K4.

2. Motion Pursuant to Fed.R.Bankr.P.1015(b) for Order Directing Joint Administration of Cases Under Chapter 15 of the Bankruptcy Code **(Docket No. 2, filed 2/18/10)**

   **Status**: This matter will go forward.

3. Motion for an Order Scheduling Hearing and Specifying Form and Manner of Service of Notice **(Docket No. 3, filed 2/18/10)**

   **Status**: This matter will go forward.

4. Petition for Recognition and Chapter 15 Relief **(Docket No. 4, filed 2/18/10)**

   **Status**: Pursuant to any order entered on Agenda Item No. 3, the Debtors will provide notice of a hearing on this matter at a date and time to be determined.

5. Declaration of Sandra Abitan in Support of Petition for Recognition and Chapter 15 Relief **(Docket No. 5, filed 2/18/10)**

   **Status**: The Declaration is presented as evidentiary support for the petition for recognition.

6. Declaration of Peter Ferrante Pursuant to 11 U.S.C. § 1515 and Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure **(Docket No. 6, filed 2/18/10)**

   **Status**: The Declaration is presented as evidentiary support for the petition for recognition.

7. Declaration of Peter Ferrante in Support of Petition for Recognition and Chapter 15 Relief **(Docket No. 7, filed 2/18/10)**

    **Status**:    The Declaration is presented as evidentiary support for the petition for recognition.

Dated: February 19, 2010

**PACHULSKI STANG ZIEHL & JONES LLP**

/s/ Laura Davis Jones
Laura Davis Jones (Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:   (302) 652-4400

- and -

**KIRKLAND & ELLIS LLP**
James H.M. Sprayregen, P.C. (*pro hac vice* pending)
David R. Seligman (*pro hac vice* pending)
David A. Agay (*pro hac vice* pending)
Scott B. Kitei (*pro hac vice* pending)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200

Counsel to the Foreign Representative