# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 15 |
| MEGA BRANDS INC., *et al.*,[1] | ) Case No. 10-10485 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Related Docket No. 3** |

## ORDER SCHEDULING HEARING AND
## SPECIFYING FORM AND MANNER OF SERVICE OF NOTICE

Upon the Motion for an Order Scheduling Hearing and Specifying Form and Manner of Service of Notice (the "Motion")[2] seeking entry of this Order (a) scheduling a hearing on the relief sought in the Petition for Recognition and Chapter 15 Relief (the "Petition"), and (b) specifying the form and manner of service of notice thereof (the "Order"); this court having reviewed the Petition and the Ferrante and Abitan Declarations; this Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(P); venue being proper before this Court pursuant to 28 U.S.C. § 1410; appropriate and timely notice of the filing of the Petition and the Hearing having been given; no other or further notice being necessary or required; and the Court having determined that the legal and factual bases set forth in the Petition and all other pleadings and proceedings in

---

[1] The Chapter 15 Debtors, along with the last four digits of each U.S. Debtor's federal tax identification number, are: Mega Brands Inc. (a non-U.S. Debtor that does not maintain a U.S. federal tax identification number); 4402596 Canada Inc. (a non-U.S. Debtor that does not maintain a U.S. federal tax identification number); 4402804 Canada Inc. (a non-U.S. Debtor that does not maintain a U.S. federal tax identification number); MB Finance LLC (7565); MB US Inc. (7561); MB2 LP (7567); Mega Bloks Financial Services, Inc. (a non-U.S. Debtor that does not maintain a U.S. federal tax identification number); Mega Brands America, Inc. (2083); Rose Moon, Inc. (1445); and Warren Industries, Inc. (4985). The location of the Debtors' corporate headquarters and the service address for all of the Debtors is: 4505 Hickmore, St-Laurent, Québec, H4T 1K4.

[2] Unless otherwise defined in this Order, all capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Motion.

1

this case establish just cause to grant the relief ordered herein, and after due deliberations therefore,

NOW, THEREFORE, THE COURT HEREBY ORDERS, ADJUDGES, AND DECREES AS FOLLOWS:[3]

1. The form of notice of the Recognition Hearing annexed to the Motion as **Exhibit B** (the "Notice") is hereby approved.

2. The Foreign Representative shall serve copies of the Notice by the United States Postal Service first class postage-prepaid mail upon the Notice Parties on or before [ _February 24_ ], 2010, or as soon thereafter as practicable, including such parties or counsel that have addresses outside the United States.

3. The Foreign Representative shall serve the Notice and subsequent notices upon any party filed a notice of appearance in these Chapter 15 Cases, within 3 business days of the filing of such notice of appearance if such documents have not already been served on such party (or its counsel).

4. Service of the Notice in accordance with this Order is hereby approved as adequate and sufficient notice and service on all interested parties.

5. Responses or objections to the Petition and the relief requested therein must be made pursuant to the Bankruptcy Code, the local rules of the Court and the Bankruptcy Rules, including, without limitation, Bankruptcy Rule 1011, in writing and setting forth the basis therefore. Such responses must be filed with the Office of the Clerk of the Court, 824 Market Street, 3rd Floor, Wilmington, DE 19801, and served upon counsel for the Foreign

---

[3] The findings and conclusions set forth herein and in the record of the hearing on the Petition constitute this Court's findings of facts and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure, as made applicable herein by Bankruptcy Rules 7052 and 9014. To the extent any of the findings of fact herein constitute conclusions of law, they are adopted as such. To the extent any of the conclusions of law herein constitute findings of fact, they are adopted as such.

Representative so as to be received by them no later than March 17, 2010 at 4:00 p.m. (Eastern Time). Notices to counsel for the Foreign Representative should be addressed to Pachulski Stang Ziehl & Jones, 919 North Market Street, 17th Floor, Wilmington, DE 19899-8705, Attention: Laura Davis Jones and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attention: David A. Agay.

6. A hearing on the Recognition Order, as defined in the Motion, is scheduled for __March 23__, 2010 at __2:00 p.m.__ (prevailing Eastern time), or as soon thereafter as counsel shall be heard, in Courtroom 6 of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801.

7. All notice requirements set forth in Bankruptcy Code § 1514(c) are hereby waived.

8. The requirement pertaining to service of the petition and summons specified in Bankruptcy Rule 1010 is hereby waived.

Wilmington, Delaware
Date: __Feb. 22__, 2010

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge