# CERTIFICATE OF SERVICE

I, Laura Davis Jones, hereby certify that on the 16th day of December, 2022, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**FINAL REPORT AND MOTION FOR ENTRY OF AN ORDER AND FINAL DECREE CLOSING CHAPTER 15 CASE**

                                                   */s/ Laura Davis Jones*
                                                 Laura Davis Jones (DE Bar No. 2436)

**Mega Brands 2002 Service List**
Case No.  10-10485
Document No.  157647
17 – First Class Mail
04 – Foreign First Class Mail
01 – Electronic Mail

(Counsel to Foreign Representative)
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

**First Class Mail**
(United States Attorney)
Ellen W. Slights, Esq.
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE  19801

**First Class Mail**
David Buchbinder, Esquire
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**First Class Mail**
(Counsel to the Foreign Representative)
Kirkland & Ellis LLP
James H.M. Sprayregen, P.C.
David R. Seligman, P.C.
David A. Agay, Esquire
Scott B. Kitei, Esquire
300 North LaSalle
Chicago, Il  60654

**First Class Mail**
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC  20220

**First Class Mail**
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

**First Class Mail**
Attn: Insolvency
Internal Revenue Service
1352 Marrows Road, 2nd Floor
Newark, DE  19711-5445

**First Class Mail**
George S. Canellos
Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY  10281-1022

**First Class Mail**
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC  20005-4026

**First Class Mail**
(United States Attorney General)
Eric H. Holder, Jr., Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001

**First Class Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

**First Class Mail**
Secretary of Treasury
P.O. Box 7040
Dover, DE  19903

**First Class Mail**
Securities and Exchange Commission
Attn: Michael Berman, General Counsel
100 F Street NE
Washington, DC 20549

**First Class Mail**
(Counsel for Plaintiffs Morowski v. Mega Bloks Inc., et al)
Halsband Law Offices
Attn: David S. Halsband, Esq.
39 Hudson Street, 4th Floor
Hackensack, NJ 07601

**First Class Mail**
(Counsel for Plaintiffs Berry v. Mega Brands America, Inc., et al and Doering v. Mega Brands Inc., et al)
Doering v. MEGA Brands Inc., et al.)
Pinilis Halpern
Attn: William J. Plinilis
160 Morris Street
Morristown, NJ 07962

**First Class Mail**
(Counsel for Plaintiffs Michael J. Oreto v. Mega Blocks, Inc.)
The Hullverson Law Firm
Attn: Mark J. Becker
1010 Market Street, Suite 1480
St. Louis, MO 63101

**First Class Mail**
(Counsel for Plaintiffs Palmer v. Mega Brands Inc., et al.)
Feldman, Sheperd, Wohlgerlernter, Tanner, Weinstock
1845 Walnut Street, 25th Floor
Philadelphia, PA 19103

**First Class Mail**
(U.S. Counsel for the Lenders)
Ken Coleman, Esquire
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

**Foreign First Class Mail**
(Administrative Agent Under Credit Facility)
Bank of Montreal
Attn: Manager, Agent Bank Services
55 Bloor St. W
2nd Floor
Toronto GTA, Ontario
Canada, M4W3N5

**Foreign First Class Mail**
(Administrative Agent Under Credit Facility)
Bank of Montreal
Agent Bank Services, Global Financing Services
234 Simcoe Street, 3rd Floor
Toronto, Ontario
Canada, M5T 1T4

**Foreign First Class Mail**
(Counsel to the Administrative Agent Under Credit Facility)
Kenneth S. Atlas, Esquire
Borden Ladner Gervais LLP
1000 De La Gauchetiere Quest, Suite 900
Montreal, Quebec
Canada, H3B 5H4

**Foreign First Class Mail**
(Indenture Trustee)
CIBC Mellon Trust Company
Attn: Account Manager Corporate Trust
2001 University Street, Suite 1600
Montreal, Quebec
Canada, H3A 2A6

**Electronic Mail**
Mattel, Inc.
Legal.Notices@Mattel.com